# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143309

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

FRANKLIN DELANO THAYER,
         Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143309
COA: 303757
Jackson CC: 10-005121-FH

_____/

On order of the Court, the application for leave to appeal the May 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919